**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                            CASE NO.  3:96cr42-02/RV

WAYNE ALLEN BIGGINS

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   March 8, 2007

Motion/Pleadings:   MOTION for modification of sentence and for hearing to clarify disputed sentence factors

Filed by  Defendant                 on 2/20/2007        Doc.#      237

RESPONSES:

United States                         on   3/07/2007       Doc.#      238

                                                on                              Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                        s/Jerry Marbut

LC (1 OR 2)                   Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this    12th    day of    March   , 2007, that:*

*(a) The relief requested is DENIED.*

*(b)*

                                                      /s/ *Roger Vinson*

                                                      *ROGER VINSON*
                                       *Senior United States District Judge*