**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

     **v.**                                **Case No. 3:96cr42/RV**

**WAYNE ALLEN BIGGINS**
_____/

## ORDER

Upon consideration of the defendant's response and affidavit filed herein (doc. 253), I find that there is no evidence that Biggins filed, or attempted to file, his notice of appeal in a timely manner. He has offered no explanation of what he did and why it was untimely. Therefore, I conclude that there was no excusable neglect, and that Biggins is not entitled to an extension of time to file his notice of appeal.

DONE AND ORDERED this 31st day of August, 2007.

                                        *Roger Vinson*
                                        **ROGER VINSON
Senior United States District Judge**